# EXHIBIT A

**Defendant:** New HoldCo
**Creditor ID:** NH008
**Bankruptcy Case:** *In re Franchise Group, Inc., et al., Case No. 24-12480 (LSS) (Bankr. D. Del.)*
**Preference Period:** August 5, 2024 - November 3, 2024

| Debtor | Customer Check/Pmt# | Amount of Invoice Paid | Payment Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| New HoldCo | | $51,212.00 | 8/19/2024 | US01U001601719 | 7/31/2024 | $51,212.00 |
| | | $50,000.00 | 10/15/2024 | US01U001609442 | 8/12/2024 | $50,000.00 |
| | | $162,634.00 | 9/10/2024 | US01U001619253 | 8/27/2024 | $162,634.00 |
| | | $10,645.00 | 9/10/2024 | US01U001625764 | 9/5/2024 | $10,645.00 |
| | | $100,000.00 | 9/23/2024 | 09092024 100000 | 9/9/2024 | $100,000.00 |
| | | $12,618.00 | 9/17/2024 | US01U001633107 | 9/16/2024 | $12,618.00 |
| | | $15,553.00 | 10/15/2024 | US01U001648072 | 10/3/2024 | $15,553.00 |
| | | $60,847.00 | 10/26/2024 | US01U001662577 | 10/23/2024 | $60,847.00 |
| **Total Transfers** | **8** | **$463,509.00** | | | | **$463,509.00** |